No. 126, Misc. SMITH v. BROWN. Sup. Ct. App. Va. Motion to substitute Helen Bunting Brown as the party respondent in place of Mary J. Bunting granted. Certiorari denied. *Joseph Teck* for petitioner.

No. 224, Misc. ENGLING v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 231, Misc. ROBINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE BLACK and MR. JUSTICE WHITE took no part in the consideration or decision of this petition. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 428, Misc. CHASE v. ROBBINS, WARDEN. C. A. 1st Cir. Certiorari and other relief denied.

No. 113, October Term, 1955. JEOFFROY MFG., INC. v. GRAHAM, 350 U. S. 826, 905. Motion for leave to file second petition for rehearing denied.

No. 1059, October Term, 1965. O'BRYAN v. CHANDLER, 384 U. S. 926. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 1228, October Term, 1965. MEDLIN v. UNITED STATES, 384 U. S. 973. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.